UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2529 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DENYING JOINT MOTION TO |
| ) | CONTINUE SENTENCING HEARING |
| ARTURO MACIAS, JR. ) | [Docket No. 51] |
| ) | |
| Defendants. ) | |
| ) | |

On April 18, 2009 counsel submitted a Joint Motion to Continue Sentencing Hearing from April 24, 2009 to June 26, 2009 [Docket No. 51]. The motion is DENIED. In lieu of a continuance, counsel are ordered to appear as scheduled on *April 24, 2009 at 9:00 a.m.* in Courtroom 16 for a Status Conference re: Sentencing. An appropriate date for the sentencing hearing will be scheduled at that time.

IT IS SO ORDERED.

DATED: April 21, 2009

Hon. Jeffrey T. Miller
United States District Judge